No. 84, Misc. RESCO *v.* RAGEN, WARDEN. February 4, 1946. The motion to withdraw the motion for leave to file a petition for writ of certiorari is granted.

No. 495. CRESPO *v.* UNITED STATES.

February 4, 1946. Dismissed for failure to comply with the rules.

No. 770. TAYLOR *v.* KENTUCKY STATE BAR ASSOCIATION.
February 11, 1946. *Per Curiam:* The motion to dismiss is granted and the appeal dismissed for the want of a properly presented substantial federal question. Appellant *pro se.* *Eldon S. Dummit* for appellee.

No. 402. BRUCE'S JUICES, INC. *v.* AMERICAN CAN CO.

Argued January 29, 30, 1946. Decided February 11, 1946. *Per Curiam:* Judgment affirmed by an equally divided Court. *Cody Fowler* and *Thurman Arnold* argued the cause for petitioner. With them on the brief was *R. W. Shackleford.* *John Lord O'Brian* argued the cause for respondent. With him on the brief were *Leonard B. Smith, John M. Allison* and *Harry B. Terrell.*

No. 410. MACGREGOR *v.* WESTINGHOUSE ELECTRIC & MANUFACTURING CO.
Argued January 31, 1946. Decided February 11, 1946. *Per Curiam:* Judg-